**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ZLFRED'S, INC., et al.,** | **1:14-CV-311-LJO-GSA** |
| Plaintiffs, | **ORDER RE DEFENDANT'S VOLUNTARY DISMISSAL OF COUNTERCLAIMS (DOC. 20)** |
| v. | |
| **TRISTAR MOTORS, LLC, et al.,** | |
| Defendant. | |

On June 30, 2014, Azita Rezaei ("Counterclaimant") filed a voluntary dismissal of her counterclaims under Fed. R. Civ. P. 41(a). Doc. 20 at 1. This request will be construed as one for voluntary dismissal under Fed. R. Civ. P. 41(c), which applies to counterclaims. Specifically, the request will be construed as one for voluntary dismissal under Fed. R. Civ. P. 41(c)(1) because no responsive pleading to the counterclaims has been served. Counterclaimant requests that the Court issue an order dismissing all of her counterclaims without prejudice. *Id.*

Based on Counterclaimant's notice of voluntary dismissal under Fed. R. Civ. P. 41(c), this Court:

1.  DISMISSES without prejudice Counterclaimant's counterclaims;
2.  DENIES AS MOOT Plaintiffs' motion to dismiss; and
3.  VACATES the July 14, 2014 hearing date.
4.  The Clerk of Court is directed not to close this action.

IT IS SO ORDERED.

Dated: **July 1, 2014**          **/s/ Lawrence J. O'Neill**
                                 UNITED STATES DISTRICT JUDGE