MOJI SANIEFAR (SBN 233330)
SANIEFAR LAW
533 Airport Boulevard, Suite 400
Burlingame, CA 94010
Tel: (650) 401-2222
Fax: (650) 373-2002
Email: msaniefar@yahoo.com

Attorneys for Plaintiffs and Counterdefendants
ZLFREDS, INC., REZA SANIEFAR, FATEMEH SANIEFAR

DOUG W. COLT (SBN 210915)
COLT SINGER BEA LLP
255 Shoreline Drive, Suite 540
Redwood Shores, CA 94065
Tel/Fax: (650) 887-6650
Email: dcolt@coltsinger.com

Attorneys for Defendants and Counterclaimant
TRISTAR MOTORS, LLC, JOSEPH L. WEATHERMAN,
KEVIN WEATHERMAN, AZITA REZAEI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ZLFRED'S, INC., a California Corporation; REZA SANIEFAR, an individual; and FATEMEH SANIEFAR, an individual,<br><br>    Plaintiffs,<br><br> vs.<br><br>TRISTAR MOTORS, LLC, a California Limited Liability Company; JOSEPH L. WEATHERMAN, an individual; KEVIN WEATHERMAN, an individual; AZITA REZAEI, an individual, and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: 1:14-cv-00311-GSA<br><br>**JOINT STIPULATION TO DISMISS WITH PREJUDICE AND ORDER**<br><br> (Doc. No. 32) |
| AZITA REZAEI,<br><br>    Counterclaimant,<br> v.<br><br>ZLFRED'S, INC., et al.,<br><br>    Counterdefendants. | |

**CASE NO: 1:14-CV-00311-GSA**
**JOINT STIPULATION TO DISMISS WITH PREJUDICE; ORDER**                                          Page | 1

1 | Plaintiffs and Counterdefendants Zlfreds, Inc., Reza Saniefar and Fatemeh Saniefar, Defendants Tristar Motors LLC, Joseph L. Weatherman and Kevin Weatherman, and Defendant and Counterclaimant Azita Rezaei, by and through their undersigned counsel, hereby file this Joint Motion to Dismiss with Prejudice pursuant to Federal Rule of Civil Procedure 41(a) Case Number 1:14-CV-00311-GSA initially filed on March 4, 2014 (previously Case Number 1:14-CV-00311-LJO-GSA) and which includes Plaintiffs' First Amended Complaint (Docket Number 10) and Defendant Rezaei's Counterclaims (Docket Number 16) and in support thereof, state as follows:

1. The Parties have reached a global settlement of all issues raised in this matter;
2. Dismissal of this case with prejudice is appropriate pursuant to Federal Rule of Civil Procedure 41(a); and
3. Each party is to bear its own attorneys' fees and costs.

WHEREFORE, the Parties agree that an order dismissing this case with prejudice is appropriate and respectfully request that the Court enter such Order.

DATED:  January 13, 2015        SANIEFAR LAW

/s/ Moji Saniefar
_____
Moji Saniefar
Attorneys for Plaintiffs and
Counterdefendants

DATED:  January 13, 2015        COLT SINGER BEA LLP

_____
Doug Colt
Attorneys for Defendants and
Counterclaimant

**ORDER**

The parties having so stipulated,[1] case number 1:14-CV-00311-GSA is dismissed with prejudice, including all claims and counterclaims filed in the action. Each party is to bear its own attorneys' fees and costs. The Clerk of Court is ordered to administratively close the case.

IT IS SO ORDERED.

Dated:   **January 13, 2015**            /s/ Gary S. Austin
                                         UNITED STATES MAGISTRATE JUDGE

---

[1] A copy of the stipulation , which is fully executed by attorneys for all parties in the action, is on the Court's docket as Doc. No. 32.